IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------ :
                                                 :
UNITED STATES OF AMERICA                         :
                                                 : CASE NO.   5:10 CR 541
                                    Plaintiff    :
                                                 :
              -vs-                               :
                                                 :
RYAN C. JAMES                                    : ORDER ACCEPTING PLEA AGREEMENT
                                                 : AND JUDGMENT
                                    Defendant    :
------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

 This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr. regarding the change of plea hearing and plea agreement of Ryan C. James which was referred to the Magistrate Judge with the consent of the parties.

 On 16 December 2010, the government filed a one-count indictment against Ryan C. James for conspiracy to distribute marijuana in violation of 21 U.S.C. § 846.  On 18 January 2011, a hearing was held in which Ryan C. James entered a plea of not guilty before Magistrate Judge Baughman.  On 17 May 2011, Magistrate Judge Baughman received Ryan C. James' plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Ryan C. James is found to be competent to enter a plea.  He understands his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Ryan C. James is adjudged guilty of Count One in violation of 21 U.S.C. § 846.

IT IS SO ORDERED.

Dated:        9/2/2011            _____
                                 UNITED STATES DISTRICT JUDGE

2